OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED
FIRST CLASS

COURT OF CRIMINAL APPEALS
OF TEXAS

ZIP 78701
02 1W
0001401682

U.S. POSTAGE ≫ PITNEY BOWES

$ 000.27⁵

SEP 24 2015

**9/23/2015**
**HARBIN, JAMES BERKELEY II - Tr. Ct. No. W91-22107-Q(A)** **COA No. 05-91-00621-CR** **WR-82,672-01**
On this day, the State's motion for rehearing has been denied.

Abel Acosta, Clerk

JAMES BERKELEY HARBIN II
BYRD UNIT - TDC # 587558
21 FM 247
HUNTSVILLE, TX 77320

UTF